CARROLL L. HOOK, on Behalf of Himself and Others, Owners of West Side Sewer Bonds, Appellant, *v.* GER-MAN AMERICAN BANK et al., Respondents, Impleaded with Others.

*Hook v. German American Bank,* 152 App. Div. 253, affirmed.
(Argued March 24, 1914; decided April 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 11, 1912, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action by the owner of certificates of indebtedness of the west side sewer commission in the city of Rochester to enforce, among the holders of such certificates, equality in payment from a fund collected from assessment liens.

*George A. Carnahan* for appellant.

*Clarence P. Moser* and *B. B. Cunningham* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COL-LIN, CUDDEBACK, HOGAN and CARDOZO, JJ. Not sitting: WERNER, J.